```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         JACKSON DIVISION
```

BRIDGET BRADLEY, ON BEHALF OF THE
WRONGFUL DEATH BENEFICIARIES OF
ROY BRADLEY, JUNIOR                                      PLAINTIFF

VS.                             CIVIL ACTION NO. 3:08CV261TSL-JCS

THE CITY OF JACKSON, MISSISSIPPI;
JACKSON POLICE DEPARTMENT, MAYOR
FRANK MELTON, JACKSON POLICE OFFICER
L. V. GATOR, CHIEF OF POLICE SHIRLENE
ANDERSON AND HER SUCCESSORS, HINDS
COUNTY SHERIFF OFFICE, HINDS COUNTY
SHERIFF MALCOLM MCMILLIN, HINDS COUNTY
SHERIFF DEPUTY A JOHN DOE, HINDS COUNTY
BOARD OF SUPERVISORS, G & K SERVICES                    DEFENDANTS

## JUDGMENT

In accordance with the memorandum opinion and order entered this date and the memorandum opinion and order entered by the court on November 24, 2008, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 26th day of May, 2009.

                                    /s/ Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE